Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:   (619) 758-1891
Fax:   (877) 334-0661
E-mail jschultz@sessions.legal
*Attorney for Defendant EOS CCA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY LONG, | ) Case No.  2:22-cv-00154 JAD-VCF |
| | ) |
| Plaintiff, | ) Joint Stipulation and Order for |
| | ) Extension of Time to Respond to |
| vs. | ) Complaint |
| | ) |
| EOS CCA; TEK-COLLECT, | ) ***First Request*** |
| INCORPORATED, | ) |
| | ) Current Response Date: Feb. 22, 2022 |
| Defendants. | ) New Response Date: March 8, 2022 |
| | ) |

It is hereby stipulated by Plaintiff Timothy Long and Defendant EOS CCA ("EOS CCA"), through undersigned counsel, that EOS CCA may have an extension of time to respond to the Complaint from February 22, 2022, through and until March 8, 2022.  This stipulation is made with respect to the following:

1.      Plaintiff filed this action on January 28, 2022 in the United States District Court for the District of Nevada.

2.      EOS CCA was served with the Complaint on January 31, 2022, making the response due date February 22, 2022.

3.      Additional time is needed for defense counsel to evaluate the information necessary to respond to the Complaint.  The parties also intend to discuss potential early resolution of this claim.

4.      On February 21, 2022, the parties agreed to a two-week extension of time for EOS CCA to respond to the Complaint through, and until March 8, 2022.

IT IS SO STIPULATED.

Dated: 2/21/22              KRIEGER LAW GROUP, LLC

                            */s/Shawn Miller*
                            Shawn Miller
                            Attorney for Plaintiff
                            Timothy Long

Dated: 2/21/22                        SESSIONS, ISRAEL, & SHARTLE, LLP

                                      */s/James K. Schultz*
                                      James K. Schultz
                                      Attorney for Defendant
                                      EOS CCA

Pursuant to the Parties' joint stipulation, IT IS HEREBY ORDERED:

Defendant shall have an extension of time to and including March 8, 2022, to respond to the Complaint.

Dated: 2-22-2022          _____

                          United States Magistrate Judge