# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TIMOTHY LONG,<br><br>             Plaintiff(s),<br><br>v.<br><br>EOS CCA; TEK-COLLECT, INCORPORATED,<br><br>             Defendant(s). | 2:22-cv-00154-JAD-VCF<br><br>**ORDER** |

Before me are the notices of settlement. (ECF NO. 8 and 9).

Accordingly, and good cause appearing,

I ORDER that the parties must file a proposed stipulation and order for dismissal on or before June 1, 2022.

DATED this 14th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1